EL PUEBLO, DEMANDANTE Y APELADO, *v.* AGUILAR, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por delito de acometimiento y agresión con circunstancias agravantes.

No. 816.—Resuelto en julio 8, 1915.

ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—ACOMETIMIENTO Y AGRESIÓN SIMPLE — RESULTADO DE LA PRUEBA — DENUNCIA.—Cuando la prueba sólo justifica la ejecución de un delito de acometimiento y agresión simple sin que concurra ninguna de las circunstancias agravantes que especifica la sección 6ª. de la Ley de 1904, pág. 42, es innecesario considerar si la denuncia imputó o nó un delito de acometimiento y agresión con circunstancias agravantes.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Tizol & Campillo.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En la Corte Municipal de Bayamón se presentó una denuncia imputando a Luis Aguilar un delito de acometimiento y agresión grave, porque ilegal, voluntaria y maliciosamente y con intención de causar grave daño corporal a Rafael Molina, lo acometió y agredió con un palo causándole tres heridas en la cabeza y contusiones en el cuerpo.

Al conocer de esa denuncia en grado de apelación, la Corte de Distrito de San Juan, Sección 2ª., dictó sentencia declarando a Luis Aguilar culpable de un delito de acometimiento y agresión grave y le impuso la pena de un año de cárcel y el pago de las costas.

En la apelación que contra la sentencia interpuso Aguilar, sostiene que la denuncia sólo imputa un delito de acometimiento y agresión simple, que la sentencia es contraria a la prueba y que en todo caso los hechos sometidos por ella son constitutivos de acometimiento y agresión simple.

La prueba claramente demuestra que al pasar Molina cerca de un grupo de tres o cuatro personas entre las que se encontraba el apelante, fué acometido y agredido por éste, quien le causó algunos golpes con un palo.

Si bien esta prueba justifica la ejecución de un delito de acometimiento y agresión por parte de Aguilar, no prueba que concurriera ninguna de las circunstancias agravantes que especifica la sección 6ª. de la Ley de 1904, pág. 42, porque de la exposición de hechos que se nos ha presentado no aparece que el agredido sufriera lesiones, su sitio, su clase y extensión, ni existe dato alguno por donde sepamos que el juez pudo apreciarlas, por lo que tenemos que llegar a la conclusión de que solo se probó un delito de acometimiento y agresión simple y por tanto se hace innecesario que consideremos si la denuncia imputaba o nó un delito de acometimiento y agresión con agravantes.

Por lo expuesto debemos revocar la sentencia en cuanto condena por delito de acometimiento y agresión grave y dictar otra sin circunstancias agravantes.

> *Revocada la sentencia apelada en cuanto a las circunstancias agravantes.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.